FILED

11/03/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0185

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## SUPREME COURT NO. DA 21-0185

:::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

TRUSS WORKS, INC., a Montana
Corporation,

           Plaintiff and Appellee,

    -vs-

OSWOOD CONSTRUCTION COMPANY,
a Montana corporation, *et al.*,

           Defendants and Appellants.

:::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

**ORDER GRANTING
UNOPPOSED MOTION
FOR EXTENSION OF TIME
TO FILE APPELLANTS'
<u>REPLY BRIEF</u>**

Appellants, OSWOOD CONSTRUCTION COMPANY, *et al.*,  having

moved in accordance with Rule 26(1), M.R.App.P., for an extension of time of

seven (7) days, up to and including November 15, 2021, within which to file and

serve Appellant's reply brief, and the motion being unopposed,

IT IS HEREBY ORDERED that the motion is granted; Appellants' opening

brief in this matter is now due on November 15, 2021.

Dated this __ day of November, 2021.

_____
Bowen Greenwood
Clerk of the Montana Supreme Court

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 3 2021